UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT CABRERA,<br><br>        Plaintiff,<br><br>        v.<br><br>INDYMAC BANK F.S.B, et al.,<br><br>        Defendants.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff-In-Intervention,<br><br>        v.<br><br>EVERETT CABRERA, et al.,<br><br>        Defendants-In-Intervention | Case No. ED CV 18-124-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and

recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) plaintiff-in-intervention Federal National Mortgage Association's Motion to Set Aside Default Judgment Entered on May 15, 2018 and for an Involuntary Dismissal of the Action (docket no. 60) is granted in part and denied in part; (2) the default judgment, which was entered on May 15, 2018 in this case, and was recorded in the Los Angeles County Recorder's Office on May 18, 2018 bearing instrument number 20180496148, is set aside as fraudulently obtained; (3) the Grant Deed recorded in the Los Angeles County Recorder's Office on May 25, 2018 bearing instrument number 20180525130 is cancelled as fraudulent and void, ab initio; (4) the Quitclaim Deed recorded in the Los Angeles County Recorder's Office on June 1, 2018 bearing instrument number 20180548871 is cancelled as fraudulent and void, ab initio; and (5) Judgment will be entered dismissing the Complaint and this action with prejudice.

DATED: May 4, 2021

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE