UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT CABRERA, | ) Case No. ED CV 18-124-VAP (SP) |
| Plaintiff, | ) |
| v. | ) |
| INDYMAC BANK F.S.B, et al., | ) **JUDGMENT** |
| Defendants. | ) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) |
| Plaintiff-In-Intervention, | ) |
| v. | ) |
| EVERETT CABRERA, et al., | ) |
| Defendants-In-Intervention | ) |

//
//
//
//

1  Pursuant to the Order Accepting Findings and Recommendation of United
2  States Magistrate Judge,
3      IT IS HEREBY ADJUDGED that the Complaint and this action are
4  dismissed with prejudice.
5
6
7  Dated: May 4, 2021                    _____
8                                         HONORABLE VIRGINIA A. PHILLIPS
9                                         UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28